UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JAMAUL AZIZ,

                Plaintiff,                              **ORDER**

                                                                                                                           25-CV-5796
            -against-                               (Marutollo, M.J.)

FEDERAL BUREAU OF PRISONS; C.O. GENNA;
C.O. CARCIA (SHU); and WARDEN MALDONADO,

                Defendants.
------------------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

        On October 14, 2025, Plaintiff Jamual Aziz, filed this *pro se* action. *See* Dkt. No. 1. This case has been assigned to the undersigned Magistrate Judge pursuant to the Court's Direct Assignment Program and Eastern District of New York Administrative Order 2025-14, a copy of which is attached herewith. *See also* Dkt. No. 5. Plaintiff and Defendants may consent to the jurisdiction of the assigned Magistrate Judge for all purposes. Should all parties consent, they should complete and file the form annexed to this Order. *See id*. If all parties do not consent, a District Judge shall be assigned to preside over this case. The parties shall inform the Court by letter whether they consent to magistrate judge jurisdiction by **November 19, 2025.**

        Upon review of Plaintiff's submission, *see* Dkt. No. 4, his application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915, is granted.

        Accordingly, the Clerk of Court is respectfully directed to issue a summons against the Defendants. Additionally, the United States Marshals Service is respectfully directed to serve the summons, complaint, and a copy of this Order, inclusive of all attachments, upon the Defendants, without prepayment of fees. The Clerk of Court is further directed to send a courtesy copy of this Order, inclusive of all attachments, the summons, and the complaint to the United States Attorney

for the Eastern District of New York by email and First-Class Mail, and a copy of this Order, inclusive of all attachments, to Plaintiff by email and First-Class Mail.

**SO ORDERED.**

Dated: Brooklyn, New York
October 24, 2025

/s/ Joseph A. Marutollo
JOSEPH A. MARUTOLLO
United States Magistrate Judge