

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2026

**BY ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Aziz v. Federal Bureau of Prisons, et al.*, No. 25-cv-05796 (Gujarati, J.) (Marutollo, M.J.)

Dear Judge Marutollo,

This Office represents Defendant U.S. Federal Bureau of Prisons ("BOP") in the above-referenced matter brought by *pro se* Plaintiff Jamaul Aziz ("Plaintiff"). This Office writes to provide the Court with a status update and to request respectfully on behalf of all Defendants that the January 20, 2026 deadline to respond to the Complaint and any outstanding deadline to confer regarding Magistrate Jurisdiction be vacated and adjourned *sine die* for the reasons set forth below.

## I.      Relevant Factual Background

Plaintiff – an inmate currently housed at the Metropolitan Detention Center ("MDC") in Brooklyn, New York – asserts unspecified claims under "42 U.S.C. § 1983" against the BOP and four individual Defendants ("C.O. Genna, C.O. Castro, C.O. Garcia (SHU), and Warden Maldonado") stemming from the conditions of his confinement at the MDC. ECF 1. While Plaintiff asserts numerous allegations, the crux of his allegations appear to stem from an altercation that Plaintiff had with another inmate in 2024 that resulted in the inmate's death. ECF 1 at 6-7.

Plaintiff was charged with premeditated murder within a federal detention facility, conspiracy to commit murder within a federal detention facility, assault resulting in serious bodily injury within a federal detention facility, and possession of one or more objects designed to be used as weapons within a prison in connection with this altercation. ECF 1 at 6-7; *see also* https://www.justice.gov/archives/opa/pr/federal-charges-announced-against-inmates-violent-crimes-committed-metropolitan-detention (last visited January 15, 2026). Plaintiff's criminal proceedings resulting from this altercation are pending before U.S. District Court Judge Merle at *United States of America v. Aziz, et al.*, 24-CR-380.

## II.      Relevant Procedural Background

Plaintiff filed a Complaint and a motion for leave to proceed *in forma pauperis* – notwithstanding his ongoing criminal proceedings related to this altercation – on October 14, 2025.

ECF 1, 4. Your Honor granted Plaintiff's application to proceed *in forma pauperis* on October 24, 2025 and directed the U.S. Marshals Service to serve the summons, complaint, and a copy of the order on all Defendants. ECF 6. By that same order dated October 24, 2025, Your Honor directed the parties to confer and to inform the Court by letter whether they consent to magistrate judge jurisdiction by November 19, 2025. *Id*. At the time of the Court's October 24, 2025 order, there was a lapse in appropriations to the U.S. Department of Justice and no *Valentin* order had issued with respect to the identification for service of the individual Defendants named in the Complaint.[1]

On November 13, 2025, one day after the lapse in appropriations to the U.S. Department of Justice concluded, Your Honor *sua sponte* extended the deadline for the parties to indicate whether they consent to Magistrate Jurisdiction until December 15, 2025. Order dated November 13, 2025. On December 16, 2025, Your Honor issued an Order to Show Cause extending the deadline for the parties to indicate whether they consent to Magistrate Jurisdiction until December 23, 2025, and sent the U.S. Attorney's Office with a copy of the Order to Show Cause, Complaint, and docket sheet via "Electronic Service." Order dated December 16, 2025.

Your Honor issued a Scheduling Order on December 26, 2025 *sua sponte* further extending the deadline for the parties to indicate whether they consent to Magistrate Jurisdiction until January 6, 2026. Order dated December 26, 2025. On January 5, 2025, the Plaintiff requested that the Court enter a default judgment against all Defendants for "failure to plead or otherwise defend in a timeline matter." ECF 10. Your Honor directed the Clerk of Court not to enter a certificate of default absent further order of the Court and to assign a District Judge on January 7. 2026. *See* Order dated January 7, 2026. The Clerk of Court assigned District Judge Gujarati to this action. *See* Case Reassignment Notice dated January 7, 2026. That same day Your Honor ordered the "U.S. Attorneys Office for the Eastern District of New York…to respond to the Complaint in this matter by January 20, 2026." Second Order dated January 7, 2026.

### III.    Status Update and Extension Request

This Office requests respectfully that the January 20, 2026 deadline to respond to the Complaint and any outstanding deadline to confer regarding Magistrate Jurisdiction be vacated and adjourned *sine die* for all Defendants for the following reasons. Second Order dated January 7, 2026.

First, service has not been effectuated properly on any of the Defendants. Federal Rule of Civil Procedure ("FRCP") 4(i)(1) details service on the United States and its agencies, and requires multiple steps, including (A) service by hand or registered or certified mail on the local United States Attorney's Office; and (B) service by registered or certified mail to the Attorney General of the United States in Washington D.C. *See* Fed. R. Civ. P. 4(i)(1). FRCP 4(i)(3) separately delineates the requirements for service on a U.S. officer or employee sued individually and requires service on both the United States and the officer or employee individually. *See* FRCP 4(i)(3), 4(e), 4(f), and 4(g).

---

[1] In response to the order, the Clerk of Court issued a summons as to the BOP and three of the four individually named Defendants on October 28, 2025. ECF 7. No summons has issued as to individual Defendant C.O. Castro and no proof of service has been filed on the docket as to any Defendants by the U.S. Marshals Service.

The U.S. Attorney's Office is aware of the Complaint in this action as a result of courtesy copies sent via U.S. Mail and electronic mail by the Court to this Office. This Office does not, however, have any record of service of the summons and Complaint on this Office by the U.S. Marshals Service as required by FRCP 4(i) and the Court's order. Nor does the docket reflect that such service has been effectuated. Likewise, neither this Office, nor the BOP, is aware of service of the summons and Complaint on the current and former BOP employees who are individually named in the Complaint. Given that none of the Defendants were served as FRCP 4(i) requires, Defendants' deadline to answer, move, or otherwise respond to the Complaint has not yet started to run.

Second, the scope of this Office's representation is not yet clear. The Complaint names four current or former BOP employees. While a *Valentin* order has not yet issued, this Office is currently working with the MDC to identify the individuals, to determine where service can best be effectuated, and to evaluate representation for those individuals named in their individual capacity. Thus, with representation unclear, this Office cannot confer on behalf of the Defendants regarding Magistrate Jurisdiction or respond to the Complaint on behalf of the Defendants.

Third, this Office is evaluating next steps and whether it will need to ultimately request a stay of this action in its entirety after proper service of the Complaint given that the Plaintiff is being prosecuted for the conduct that forms the basis of this civil litigation.

This Office, therefore, requests respectfully that the January 20, 2026 deadline to respond to the Complaint and any outstanding deadline to confer regarding Magistrate Jurisdiction be vacated and adjourned *sine die* pending proper service on all Defendants.

Defendants thank the Court for considering these requests.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Nicole M. Zito
Nicole M. Zito
Assistant U.S. Attorney
(718) 254-6008
Nicole.Zito@usdoj.gov

cc: **VIA FIRST CLASS MAIL**
Jamaul Aziz
24716-509
MDC - Brooklyn
PO Box 329002
Brooklyn, NY 11232